UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICK MALONEY and TIM JUDGE, | No. 15-55630 |
| Plaintiffs - Appellants, | D.C. No. 2:14-cv-05048-AB-VBK (C.D. Cal.) |
| v. | **APPELLANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |
| T3MEDIA, INC., | |
| Defendant - Appellee. | |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), plaintiffs-appellants ("appellants") respectfully move this Court for a sixteen (16) day extension of time, to and including November 20, 2015, in which to file their opening brief. Appellants' opening brief is currently due on November 4, 2015. Good cause exists for the requested extension, as set forth in the following declaration of Robert B. Carey. Appellee T3Media, Inc., does not oppose this motion.

010430-11 825815 V1

DATED:  October 30, 2015

        HAGENS BERMAN SOBOL SHAPIRO LLP

        By   /s/ Robert B. Carey
        Robert B. .Carey
        Leonard W. Aragon
        John M. DeStefano
        11 West Jefferson Street, Suite 1000
        Phoenix, Arizona 85003
        Telephone: (602) 840-5900
        Facsimile: (602) 840-3012
        rob@hbsslaw.com
        leonard@hbsslaw.com
        johnd@hbsslaw.com

        Steve W. Berman
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1918 Eighth Avenue, Suite 3300
        Seattle, Washington 98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594
        steve@hbsslaw.com

        Stuart M. Paynter
        THE PAYNTER LAW FIRM, PLLC
        1200 G Street N.W., Suite 800
        Washington, D.C. 20005
        Telephone: (202) 626-4486
        Facsimile: (866) 734-0622
        stuart@paynterlawfirm.com

        *Attorneys for Plaintiffs-Appellants*
        *and the Class*

## DECLARATION OF ROBERT B. CAREY IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

I, Robert M. Carey, declare:

1. I am the managing partner of the Phoenix office of Hagens Berman Sobol Shapiro LLP, and serve as Appellants' counsel in this case. I have personal knowledge of the matters set forth below and, if called to testify, could do so competently.

2. Appellants seek a 16-day extension of the time within which to file the opening brief, currently due on November 4, 2015. The brief was originally due on October 5, 2014, and the Court granted a streamlined request to extend the deadline by 30 days. This is appellants' first motion for an extension of time to file the opening brief. If the extension is granted, the brief will be filed by November 20, 2015.

3. The grounds for this extension are as follows:

a. This appeal arises out of a putative class action brought by former NCAA student–athletes relating to their right of publicity. The appeal presents complex, far-reaching questions of intellectual property

law relating to copyright preemption. The issues in this appeal implicate the legal rights of current and former NCAA student–athletes across the country, as well as the companies that seek to profit from the use of their names and likenesses.

  b. Appellants' counsel have worked diligently in preparing the opening brief.

  c. Yesterday, on October 29, 2015, six days before the current due date for the opening brief, a third party informed Appellants' counsel of its intent to seek leave to file an amicus brief in support of Appellants.

  d. The expected filing of an amicus brief in support of Appellants' position necessarily bears on the presentation of issues in Appellants' opening brief. Appellants have yet to learn of the nature of the arguments that the amicus party intends to offer and how they might impact the authorities and analysis in Appellants' opening brief.

  e. Appellants therefore require a short, 16-day extension to coordinate with counsel for the amicus party regarding the presentation of issues in this appeal. Additional time will enable counsel to avoid

inconsistencies or confusion that could arise between the principal and amicus briefs and to preserve the orderly presentation of issues in the opening brief.

f. Although appellants' counsel was diligent and prepared to file the brief timely, this unexpected turn of events warrants the request for an extension. Counsel did not know that an extension would be required until yesterday, October 29, 2015.

4. Counsel for appellee T3Media, Inc., has stated that T3Media, Inc., does not oppose the requested extension.

5. The court reporter is not in default regarding any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, in Phoenix, Arizona.

s/ Robert B. Carey

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 30, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: October 30, 2015

s/ Robert M. Carey