UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICK MALONEY, on behalf of himself and all others similarly situated; TIM JUDGE, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>T3MEDIA, INC., a Colorado corporation, DBA Paya.com<br><br>        Defendant - Appellee. | No. 15-55630<br><br>D.C. No. 2:14-cv-05048-AB-VBK (C.D. Cal.)<br><br>**APPELLANTS' NOTICE OF FILING OPENING BRIEF AND EXCERPTS OF RECORD UNDER SEAL** |

Pursuant to Ninth Circuit Rule 27-13(b), Plaintiffs-Appellants ("Appellants") notify the Court that their 1) Opening Brief and 2) Volume 8 of the Excerpts of Record will be filed under seal. Appellants will file a redacted version of their Opening Brief in the public record. Filing under seal is required because information cited to in the Opening Brief and documents included in Volume 8 of the Excerpts of Record were designated as confidential under the protective order entered by the lower court. The confidentiality designations are covered by the following orders, which require the parties to file documents and certain information under seal:

1) Order Granting Defendant's Stipulated Protective Order signed by The Honorable Victor B. Kenton on October 30, 2014. A true and correct copy of the Order is attached hereto as Exhibit A.

2) Order Granting the Parties' Ex Parte Applications to File Documents Under Seal issued by The Honorable Andre' Birotte Jr. on November 21, 2014. A true and correct copy of the Order is attached hereto as Exhibit B.

DATED: November 20, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP

By   s/John M. DeStefano
Robert B. Carey
Leonard W. Aragon
John M. DeStefano
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com
johnd@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Stuart M. Paynter
THE PAYNTER LAW FIRM, PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

Attorneys for Plaintiffs-Appellants