No. 15-55630

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**PATRICK MALONEY** and **TIM JUDGE**,
*Plaintiffs/Appellants*,

v.

**T3MEDIA, INC.**,
*Defendant/Appellee*,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 14-CV-05048-AB (VBKx)

**MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF**

MICHAEL RUBIN
P. CASEY PITTS
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
*Attorneys for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

The National Football Players Association and the National Basketball Players Association are corporations that do not issue stock and have no parent corporations. The Major League Baseball Players Association, the National Hockey League Players' Association, and the Major League Soccer Players Union are unincorporated associations

# MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF

Pursuant to Fed. R. App. P. 29(e), the National Football League Players Association, the Major League Baseball Players Association, the National Hockey League Players' Association, the National Basketball Players Association, and the Major League Soccer Players Union (hereinafter "Players Associations") move this Court for a 10-day extension, to December 7, 2015, of the time in which to file an amicus brief in support of Plaintiffs-Appellants in this matter. As described in the declaration of Michael Rubin submitted herewith, amicus briefs in support of Plaintiffs-Appellants are currently due on November 27, 2015. The Players Associations seek a short 10-day extension of that deadline because counsel for the Players Associations cannot, despite their best diligence, file their amicus brief within the existing deadline. The parties to this appeal do not oppose the Players Associations' request for an extension of time in which to file their amicus brief.

Respectfully submitted,

Dated: November 20, 2015      By: /s/ *Michael Rubin*

MICHAEL RUBIN
P. CASEY PITTS
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
cpitts@altber.com

*Attorneys for Amici Curiae*

1

# DECLARATION OF MICHAEL RUBIN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF

I, Michael Rubin, hereby declare:

1. I am a partner in the law firm of Altshuler Berzon LLP, a member of the California State Bar and of the Bar of the United States Court of Appeals for the Ninth Circuit, and counsel for amici curiae the National Football League Players Association, the Major League Baseball Players Association, the National Hockey League Players' Association, the National Basketball Players Association, and the Major League Soccer Players Union (hereinafter "Players Associations") in this matter. I served as counsel for the Players Associations in a number of prior appeals raising issues related to the issues presented by this appeal, including in *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, 724 F.3d 1268 (9th Cir. 2013), and *Hart v. Electronic Arts, Inc.*, 717 F.3d 141 (3d Cir. 2013).

2. Plaintiffs-Appellants filed their opening brief on November 20, 2015. Pursuant to Fed. R. App. P. 29(e), the Players Associations' amicus brief in support of Plaintiffs-Appellants is currently due on November 27, 2015. No extensions of that deadline have previously been requested or granted.

3. My colleague P. Casey Pitts and I are responsible for preparing the Players Associations' amicus brief in this matter. We have exercised our greatest diligence in preparing the Players Associations' amicus brief, but despite doing so

we will be unable to file that brief on or before November 27, 2015.

 4. November 27, 2015 is the Friday immediately following the Thanksgiving holiday. The offices of Altshuler Berzon LLP will be closed on that date, and we will not have any administrative support to assist us in finalizing and filing the brief. In addition, Mr. Pitts will be traveling for the Thanksgiving holiday and will be out of San Francisco from November 24, 2015 through November 29, 2015. I will be out of the office and unavailable on November 25-26, 2015.

 5. While Mr. Pitts and I have devoted substantial time to preparing the Players Associations' amicus brief, we have several other work commitments that prevent us from finalizing and filing a brief by November 27, 2015, including several briefs that are due before that date. Those commitments include a brief that is due in the California Supreme Court (involving a question certified to the Court by the Ninth Circuit) on November 23, 2015; a brief in opposition to summary judgment in a major statewide wage-and-hour lawsuit that is due on November 24, 2015; two briefs regarding potentially dispositive motions in a significant Title VII sex discrimination lawsuit that are due in the United States District Court for the Eastern District of Louisiana on November 24, 2015; and another California Supreme Court brief that is due on December 4, 2015. Mr. Pitts and I have had to devote substantial time to these matters during the prior month, and will have to

devote time to each of these matters in the next week.

6. We will be able to prepare and file the Players Associations' amicus brief if this Court extends the deadline for the brief by ten (10) days to December 7, 2015. That deadline will provide us with sufficient time to draft the brief and for our clients and their in-house counsel to review the draft brief before filing.

7. On November 19 and November 20, 2015, counsel for Plaintiffs-Appellants and Defendant-Appellee, respectively, informed me by email that their clients do not oppose the Players Associations' request for an extension of time.

8. To the best of my knowledge, no court reporter is in default with regard to any designated transcripts.

I declare under penalty of perjury under the laws of the United States and of California that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of November 2015 in San Francisco, California.

                                        */s/Michael Rubin*
                                         Michael Rubin

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeal for the Ninth Circuit by using the appellate CM/ECF system on November 20, 2015.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                   */s/ Michael Rubin*
                                                   Michael Rubin