**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICK MALONEY, on behalf of himself and all others similarly situated and TIM JUDGE, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>T3MEDIA, INC., a Colorado corporation, DBA Paya.com,<br><br>        Defendant - Appellee. | No. 15-55630<br><br>D.C. No. 2:14-cv-05048-AB-VBK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

      The unopposed motion of the National Football Players Association and the National Basketball Players Association for an extension of time in which to submit an amicus curiae brief is granted. The movants may submit an amicus brief on or before December 7, 2015. The appellee's answering brief remains due January 20, 2016. The optional reply brief is due within 14 days after service of the answering brief.

                                        For the Court:
                                        MOLLY C. DWYER
                                        Clerk of the Court

                                        Teresa A. Haugen, Deputy Clerk
                                        9th Circuit Rules 27-7, 27-10

Tah/11.23.15/Pro Mo